IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Bankruptcy Court
Southern District of Texas
ENTERED

DEC 0 9 2003

Michael N. Milby, Clerk

| | | |
|---|---|---|
| SYNAGRO NORTHEAST INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | CIVIL ACTION NO. H-03-5412 |
| V. | § | |
| | § | |
| JAY M WAXENBAUM, | § | |
| Defendant. | § | |

## ORDER RESETTING SCHEDULING CONFERENCE

A Scheduling Conference has been **RESET** in the above mentioned cause for,

**APRIL 6, 2004, at 11:00am, Courtroom 702, 515 Rusk, 7th Floor, Houston, Texas.**

The party that filed this cause is responsible for service of this Order on all other parties in this matter.

Counsel and any unrepresented parties in the above entitled matter shall appear before **United States Magistrate Judge Frances H. Stacy,** to formulate a Scheduling Order in this case. Please bring your calendar to this conference.

**Prior to the Rule 16 Conference the parties must conduct the initial FED. R. CIV. P. 26 meeting, make mandatory disclosures in accordance with that Rule and file the Case Management Plan.** The parties should be prepared to discuss every aspect of the case, including the discovery plan, settlement possibilities, mediation, and the merits of motions that are pending or anticipated.

The Clerk shall provide a Copy of this Order to all parties in this matter.

Done at Houston, Texas, this 8th day of December, 2003.

BY ORDER OF THE COURT

3